**JESSE S. KAPLAN CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA 95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**SHIKHA ALFADEL**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**-o0O0o-**

**SHIKHA ALFADEL,**

**Plaintiff,**

**v.**

**Frank Bisignano,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
_______________________________________/

**No. 2:26-cv-01804-AC**

**STIPULATION AND [~~proposed~~] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 14, 2026.

This is a first extension, of just over two weeks. This time will allow plaintiff's counsel, who handles these cases at both the administrative and federal court level, to complete other

work, including a Ninth Circuit and district court brief still due in August and hearings and prehearing briefs in September.

Dated: August 7, 2026

/s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: August 7, 2026

*/s/ per e-mail authorization*

MARGARET BRANICK-ABILLA
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to September 14, 2026.

SO ORDERED.

Dated: August 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE