UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIKHA ALFADEL,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-cv-1804 AC<br><br>ORDER |

Plaintiff is proceeding in this Social Security action represented by counsel. On July 9, 2026, the administrative record in this case was filed. ECF No. 9. Pursuant to the Local Rules of this court and the scheduling order located at ECF No. 4 at 2, plaintiff's opening motion for summary judgment was due 30 days after the record was filed. The parties stipulated to an extension of time, which resulted in a September 14, 2026 deadline for plaintiff to file an opening motion. ECF No. 11. That date has passed and the motion was not filed. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why the failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion

////

////

////

at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: October 7, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE